IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEILANI LADAWN PEWITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11-cv-00586 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Griffin |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is a Motion for Award of Attorney Fees under 42 U.S.C. § 406(b) ("Motion"), filed by counsel for Plaintiff Leilani Ladawn Pewitt and requesting an award of $19,051.50 in attorney's fees. (Doc. No. 25.) On December 2, 2011, this Court reversed a decision by the ALJ denying benefits to Plaintiff and remanded the case to Defendant Commissioner of Social Security. (Doc. No. 18.) As a result, Plaintiff's counsel received $4,454.65 in attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Doc. No. 24.) Plaintiff's counsel states that the Social Security Administration ("SSA") has since awarded Plaintiff more than $76,000.00 in past-due benefits and has withheld 25 percent of the award, or $19,051.50, for attorney's fees. (Doc. Nos. 26 at 1; 28 at 3; 28-1.) He now seeks to collect those fees in the Motion, which the Commissioner does not oppose (Doc. No. 29).

Accordingly, the Court **GRANTS** the Motion. However, attorneys may not recover both EAJA and § 406(b) fees in the same case and must refund the smaller amount to the plaintiff in the event that both fees are awarded. *Jankovich v. Bowen*, 868 F.2d 867, 871 n.1 (6th Cir. 1989). The Court **ORDERS** Plaintiff's counsel to refund to Plaintiff the $4,454.65 EAJA fee the Court previously awarded to Plaintiff's counsel.

1

It is so ORDERED.

Entered this the  2nd  day of July, 2013.

                                                JOHN T. NIXON, SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT